# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-15-S-BT |
| | § | |
| R. MOORE, et al. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 4. Plaintiff filed objections. *See* ECF No. 5. The District Court reviewed *de novo* those portions of the findings, conclusions, and recommendation to which objection was made, and reviewed the remaining findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 7, 2022.

UNITED STATES DISTRICT JUDGE